UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM PADULA, CRAIG ANDREWS AND VEYEZER LLC<br><br>Plaintiffs,<br><br>v.<br><br>TED DINSMORE, SPHEREGEN HOLDING, LLC AND SPHEREGEN TECHNOLOGIES, LLC<br><br>Defendants. | Case No. 3:24-cv-00913-VAB<br><br><br><br><br><br><br><br><br><br>July 15, 2024 |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rules 12(b)(1), (b)(6), and (b)(9) of the Federal Rules of Civil Procedure, the Defendants - -Ted Dinsmore ("Dinsmore"), Spheregen Holding, LLC ("Holding") and Spheregen Technologies, LLC ("Spheregen Tech") (collectively, "Defendants") - - hereby move to dismiss with prejudice Counts 3, 4, 5, and 6 of the Amended Complaint (ECF # 17) filed by the Plaintiffs - - William Padula, ("Padula"), Craig Andrews ("Andrews"), and VeyeZER LLC ("VeyeZER") (collectively, "Plaintiffs").

The Defendants respectfully request that the dismissal be with prejudice because (1) Plaintiffs already took a "second bite of the apple" by filing an Amended Complaint, and (2) the Release in the Settlement Agreement (which is attached to the Amended Complaint as Ex. A) is a complete bar to these claims, rendering futile any proposed amendment of this claims. *Mario Badescu Skin Care, Inc. v. Sentinel Ins. Co., Ltd.*, No. 22-0380-CV, 2023 WL 6567266, at *3 (2d Cir. Oct. 10, 2023) ("leave to amend is futile if the proposed amendment 'could not withstand a motion to dismiss'") (citing *Balintulo v. Ford Motor Co.*, 796 F.3d 160,

**Oral Argument Requested**

164-65 (2d Cir. 2015)).  In addition, Counts 3, 4, 5, and 6 also suffer from other substantive and procedural deficiencies under FRCP 12(b)(1), 12(b)(6) and 12(b)(9).

The grounds for this motion are set forth more fully in the accompanying memorandum of law.

Respectfully submitted,

**TED DINSMORE, SPHEREGEN HOLDING, LLC AND SPHEREGEN TECHNOLOGIES, LLC**

By: */s/ Kristen L. Zaehringer*
Kristen L. Zaehringer (ct27044)
HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC
135 Broad Street
Milford, CT  06460
Tel: (203) 877-8000/Fax: (203) 878-9800
Juris No. 026616
Kzaehringer@hssklaw.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that on July 15, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

*/s/ Kristen L. Zaehringer*
Kristen L. Zaehringer